### R. B. BATES V. THE STATE.

No. 22611.    Delivered November 3, 1943.

The opinion states the case.

*T. B. Sisco,* of McKinney, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a fine of $150.00 on a charge that he possessed intoxicating liquor for sale in a dry area.

We find no bills of exception and no statement of facts in the case under which condition we are unable ot consider the error as complained of in his motion for new trial.

The judgment of the trial court is affirmed.